**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCO A. OLIVARES, | ) | No. CV 04-1886 VAP (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SILVIA GARCIA (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 10, 2010

VIRGINIA A. PHILLIPS
United States District Judge

1